

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00226-CV

$214.00 U.S. CURRENCY, 1995                                        APPELLANT
CHEVROLET, AND FIREARM WITH
AMMUNITION

V.

THE STATE OF TEXAS                                                   APPELLEE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. S-11299

----------

## MEMORANDUM OPINION[1]

----------

Appellant Rhonald Martinez filed his notice of appeal on July 21, 2014. On July 24, 2014, we notified Martinez of our concern that we lacked jurisdiction over his appeal because there is no signed, final order in this case and that his notice of appeal was premature. *See* Tex. R. App. P. 26.1(a), 27.1(a). We informed

---

[1]*See* Tex. R. App. P. 47.4.

Martinez that unless he or any party desiring to continue the appeal furnished this court with a signed copy of the order that he seeks to appeal by August 13, 2014, we would dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). We have received no response to our letter, nor have we received a copy of a signed order from the trial court in this case. We have also confirmed with the trial court clerk that no final order has been signed.

Texas appellate courts have jurisdiction only over final orders or judgments unless a statute permits an interlocutory appeal. *Cherokee Water Co. v. Ross*, 698 S.W.2d 363, 365 (Tex. 1985). There is no signed order or judgment in this case, and no statute permits an interlocutory appeal in this instance. We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *In re Child*, No. 02-12-00073-CV, 2012 WL 1556096, at *1 (Tex. App.—Fort Worth May 3, 2012, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction because there was no signed, final order).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: September 25, 2014

2